| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scola, Jr., Robert N. | United States District Court, Southern District of Florida | 05/04/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☑ Nomination, Date 05/04/2011 <br> ☐ Initial  ☐ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 04/30/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 2826 <br> Lawton E. Thomas Courthouse <br> 175 NW 1st Avenue <br> Miami, FL 33128 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Circuit Court Judge | State of Florida |
| 2. Adjunct Professor | University of Miami School of Law |
| 3. Adjunct Professor | Florida International University College of Law |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Florida Employee Retirement System; defined benefit plan; payout based upon years of service; employee's benefits payable in full upon reaching age 62 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scola, Jr., Robert N. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | State of Florida Salary | $47,393.00 |
| 2. | 2011 | University of Miami School of Law | $3,000.00 |
| 3. | 2010 | State of Florida Salary | $141,753.00 |
| 4. | 2010 | University of Miami School of Law | $6,000.00 |
| 5. | 2010 | Florida International University College of Law | $9,000.00 |
| 6. | 2009 | State of Florida Salary | $143,853.00 |
| 7. | 2009 | University of Miami School of Law | $6,000.00 |
| 8. | 2009 | Florida International University College of Law | $9,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State of Florida Salary as Circuit Court Judge |
| 2. | 2011 | University of Miami School of Law Salary as Adjunct Professor |
| 3. | 2010 | State of Florida Salary as Circuit Court Judge |
| 4. | 2010 | University of Miami School of Law Salary as Adjunct Professor |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scola, Jr., Robert N. | 05/04/2011 |

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Scola, Jr., Robert N. | 05/04/2011 |

# V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scola, Jr., Robert N. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Bank - Cash Accounts | A | Interest | K | T | | | | | |
| 2. Nationwide Retirement Solutions Deferred Compensation | | | | | | | | | |
| 3. - NW Inv Dest Mod Svc | A | Int./Div. | K | T | | | | | |
| 4. - Invsco VK Gr Inc A | A | Int./Div. | K | T | | | | | |
| 5. - AmCent Eq Gr Inv | A | Int./Div. | J | T | | | | | |
| 6. - Fid Contra | A | Int./Div. | K | T | | | | | |
| 7. - Fid Puritan | A | Int./Div. | K | T | | | | | |
| 8. - Dodge Cox Inc | A | Int./Div. | K | T | | | | | |
| 9. Virtus Mid Cap Growth Fund IRA | A | Int./Div. | J | T | | | | | |
| 10. Schwab IRA | | | | | | | | | |
| 11. - Vanguard Total Market Index Fund | A | Int./Div. | J | T | | | | | |
| 12. US Treasury Strip | A | Interest | K | T | | | | | |
| 13. Chevron Stock | A | Dividend | K | T | | | | | |
| 14. Bencor 401(A) Fund (no control) | A | Int./Div. | J | T | | | | | |
| 15. Vanguard Total Stock Mkt | A | Dividend | J | T | | | | | |
| 16. Northwest Mutual Pension Plan | | | | | | | | | |
| 17. - America Funds Small-Cap World Fund Class A | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - America Funds The Bond Fund of America Class A | B | Int./Div. | K | T | | | | | |
| 19. - America Funds Europacific Growth Fund Class A | A | Int./Div. | K | T | | | | | |
| 20. - America Funds The Growth Fund of America Class A | A | Int./Div. | K | T | | | | | |
| 21. - America Funds Intermediate Bond Fund of America | A | Int./Div. | K | T | | | | | |
| 22. - America Funds The Investment Company of America | A | Int./Div. | K | T | | | | | |
| 23. ING Deferred Compensation | | | | | | | | | |
| 24. --Baron Growth Fund Ret | A | Int./Div. | J | T | | | | | |
| 25. --Vanguard Mid-Cap Index Fund Inst | A | Int./Div. | J | T | | | | | |
| 26. Valic Deferred Compensation | | | | | | | | | |
| 27. --Janus Forty S | A | Int./Div. | J | T | | | | | |
| 28. --Pioneer Mid Cap Value Fund Y | A | Int./Div. | J | T | | | | | |
| 29. --Dreyfus Tech Gr A | A | Int./Div. | J | T | | | | | |
| 30. T. Rowe Price Deferred Comp | | | | | | | | | |
| 31. --Equity Index Trust | A | Int./Div. | J | T | | | | | |
| 32. --T. Rowe Price Mid Cap Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 40 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities – U.S. Treasury STRIPS | | 29 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 404 | 783 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 519 | 200 |
| Real estate owned – personal residence | | 800 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 112 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Federal Thrift Savings Plan | | 162 | 600 | | | | |
| Bencor Inc. 401(A) pooled fund | | 1 | 390 | | | | |
| | | | | Total liabilities | | 519 | 200 |
| | | | | Net Worth | 1 | 030 | 573 |
| Total Assets | 1 | 549 | 773 | Total liabilities and net worth | 1 | 549 | 773 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | | | |
| Other special debt | | | | | | | |